UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNX SYSTEMS DEVELOPERS, INC., and ISOLYNX, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ZEBRA ENTERPRISE SOLUTIONS CORPORATION, ZEBRA TECHNOLOGIES CORPORATION, and ZIH CORP., <br><br> Defendants. | Case No. MC17-0076RSL <br><br><br> ORDER |

This matter comes before the Court on plaintiffs' opposition to defendants' motion to quash a third-party subpoena issued to the University of Washington. In light of the opposition, the Clerk of Court is directed to give this matter a civil action number and assign it in rotation.

Dated this 1st day of August, 2017.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER